ALEXANDER G. CALFO (SBN 152891)
  ACalfo@yukelaw.com
KELLEY S. OLAH (SBN 245180)
  KOlah@yukelaw.com
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
  ganderson-thompson@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA 90071-1560
Telephone:   (213) 362-7777
Facsimile:   (213) 362-7788

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC., DEPUY, INC.; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON INTERNATIONAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DARYL ZORNES and WILMA ZORNES,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., DEPUY, INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON INTERNATIONAL; THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. CV12-00560-RS<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs DARYL ZORNES and WILMA ZORNES and Defendants DEPUY ORTHOPAEDICS, INC., DEPUY, INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON INTERNATIONAL (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby

ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending the likely transfer of this action to MDL 2244; and

3. All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a joint Case Management Order in the MDL addressing remand briefing.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 2/21_____, 2012

Hon. Richard Seeborg

Respectfully submitted by,

DATED: February 14, 2012                YUKEVICH CALFO & CAVANAUGH


By:  /s/ Alexander G. Calfo
     Alexander G. Calfo
     Kelley S. Olah
     Gabrielle Anderson-Thompson
     Attorneys for Defendants DEPUY
     ORTHOPAEDICS, INC., DEPUY, INC.;
     JOHNSON & JOHNSON; JOHNSON &
     JOHNSON SERVICES, INC.; JOHNSON &
     JOHNSON INTERNATIONAL