```
 1  ALEXANDER G. CALFO (SBN 152891)
       ACalfo@yukelaw.com
 2  KELLEY S. OLAH (SBN 245180)
       KOlah@yukelaw.com
 3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
       ganderson-thompson@yukelaw.com
 4  YUKEVICH CALFO & CAVANAUGH
    355 S. Grand Avenue, 15th Floor
 5  Los Angeles, CA  90071-1560
    Telephone:    (213) 362-7777
 6  Facsimile:    (213) 362-7788

 7  Attorneys for Defendants
    DEPUY ORTHOPAEDICS, INC., DEPUY,
 8  INC.; JOHNSON & JOHNSON; JOHNSON &
    JOHNSON SERVICES, INC.; JOHNSON &
 9  JOHNSON INTERNATIONAL
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DARYL ZORNES<br>and WILMA ZORNES,<br><br>   Plaintiffs,<br><br>  vs.<br><br>DEPUY ORTHOPAEDICS, INC., DEPUY, INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON INTERNATIONAL; THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive,<br><br>   Defendants. | CASE NO. CV12-00560-RS<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS |

  Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs DARYL ZORNES and WILMA ZORNES and Defendants DEPUY ORTHOPAEDICS, INC., DEPUY, INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON INTERNATIONAL (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby

705938.1 / 25-148                          CV12-00560-RS

[~~PROPOSED~~] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS

1 ORDERED that:

2  1. The Parties' request for a stay of proceedings is GRANTED;

3  2. All proceedings in this action are hereby stayed, pending the likely transfer of this
4     action to MDL 2244; and

5  3. All deadlines, including any deadlines relating to a potential remand motion and
6     any outstanding responsive pleading, are extended until 30 days after the entry of a
7     joint Case Management Order in the MDL addressing remand briefing.

8 PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

9 Dated: 2/21_____, 2012           /s/ Richard Seeborg
                                    Hon. Richard Seeborg

10

11 Respectfully submitted by,

12 DATED: February 14, 2012          YUKEVICH CALFO & CAVANAUGH

13

14

15                                   By:  /s/ Alexander G. Calfo
                                          Alexander G. Calfo
16                                        Kelley S. Olah
                                          Gabrielle Anderson-Thompson
17                                        Attorneys for Defendants DEPUY
                                          ORTHOPAEDICS, INC., DEPUY, INC.;
18                                        JOHNSON & JOHNSON; JOHNSON &
                                          JOHNSON SERVICES, INC.; JOHNSON &
19                                        JOHNSON INTERNATIONAL

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788